**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANDREW FISCINA and HANS CHOE, individually and on behalf of others similarly situated,<br><br>           Plaintiffs,<br><br>  vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation, d/b/a AUDI OF AMERICA, INC., VOLKSWAGEN AG, a German Corporation, and AUDI AG, a German Corporation,<br><br>           Defendants. | No. 2:22-cv-05875-KM-LDW |

**DECLARATION OF MATTHEW D. SCHELKOPF IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT**

I, Matthew D. Schelkopf, under penalty of perjury, declare as follows:

1. I am a partner at the law firm of Sauder Schelkopf LLC in Berwyn, Pennsylvania. I respectfully submit this Declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of the Class Action Settlement. My declaration is based on my personal knowledge of the facts set forth herein, and, if called to so, could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the executed Settlement Agreement entered and agreed to by Plaintiffs and Defendant Volkswagen Group of America, Inc. on August 24, 2023:

    a.   Attached to the Settlement Agreement as **Exhibit 1** is a true and correct copy of the Claim Form.

    b.   Attached to the Settlement Agreement as **Exhibit 2** is a true and correct copy of the proposed Class Notice.

    c.   Attached to the Settlement Agreement as **Exhibit 3** is a true and correct copy of the proposed order granting preliminary approval.

    d.   Attached to the Settlement Agreement as **Exhibit 4**, and to be submitted to the Court under seal at the Court's request, is the vehicle identification numbers of the Settlement Class Vehicles, which are considered personally identifiable information of the Settlement Class members, and hundreds of thousands of columns long in Excel format.

    3.   Attached hereto as **Exhibit B** is a true and correct copy of the firm resume of Sauder Schelkopf LLC.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: September 7, 2023                             */s/ Matthew D. Schelkopf*
                                                          Matthew D. Schelkopf