UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW FISCINA and HANS CHOE, individually and on behalf of others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　vs.<br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation, d/b/a AUDI OF AMERICA, INC., VOLKSWAGEN AG, a German Corporation, and AUDI AG, a German Corporation,<br>　　　　　　Defendants. | No. 2:22-cv-05875-ES-LDW |

**PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE** that at the Final Approval Hearing currently scheduled for 11:00 a.m. on September 18, 2024, Plaintiffs will move to have the Court grant their unopposed motion seeking entry of an order granting final approval to the class action settlement in this matter.[1]

**PLEASE TAKE FURTHER NOTE** that Plaintiffs request that the Court: (1) enter a Final Approval Order and Judgment granting final approval of the proposed Settlement; (2) grant final appointment of Plaintiffs as Settlement Class Representatives and their counsel, Sauder Schelkopf LLC, as Settlement Class

---

[1] Plaintiffs will also request at this hearing that the Court enter an order approving their unopposed motion for attorneys' fees, expenses, and service awards. The motion seeking that relief was filed on July 19, 2024 (ECF No. 42).

1

Counsel; (3) grant final appointment of Rust Consulting as Claims Administrator; (4) direct the implementation of the Settlement in accordance with the terms and conditions of the Settlement Agreement; (5) certify the class for settlement purposes only; and (5) enter a final judgment dismissing this case with prejudice upon the Effective Date;

**PLEASE TAKE FURTHER NOTE** that Plaintiffs will rely on the accompanying Memorandum of Law, and other related materials in support of this motion.

**PLEASE TAKE FURTHER NOTE** that Defendants do not oppose this motion.

Dated: September 9, 2024          Respectfully Submitted,

By:   /s/ *Matthew D. Schelkopf*
Matthew D. Schelkopf
Joseph G. Sauder
Joseph B. Kenney
**SAUDER SCHELKOPF LLC**
1109 Lancaster Avenue
Berwyn, Pennsylvania 19312
Telephone: (610) 200-0581
mds@sstriallawyers.com
jgs@sstriallawyers.com
jbk@sstriallawyers.com

*Class Counsel*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT** was electronically filed on September 9, 2024 using the Court's NextGen system, thereby electronically serving it on all counsel of record.

*/s/ Matthew D. Schelkopf*
Matthew D. Schelkopf