# Daniel Syphard

Director, Assistant General Counsel
Columbus, Ohio Metropolitan Area

## Contact

www.linkedin.com/in/daniel-syphard-67711a8 (LinkedIn)

## Top Skills

Corporate Law
Commercial Litigation
Bankruptcy

## Summary

Director and Corporate Secretary for Global Fortune 300 energy company's U.S. subsidiaries overseeing the company's legal affairs for all U.S. Operations (1,600 employees at the U.S. headquarters and 5 facilities), ensuring compliance with regulatory requirements, and providing strategic legal and business guidance to the executive team. Led U.S. legal through a period of significant growth in the business including a large merger (valued at $25B) and two refinery acquisitions. Directed legal strategy to reduce risk and capture margin in a challenging regulatory environment.

Recognized by my colleagues as a trusted and skilled advisor providing innovative legal and business solutions based upon sound and resourceful strategies.

---

## Experience

**Cenovus Energy**
10 years 9 months

**Director, Assistant General Counsel & U.S. Corporate Secretary**
October 2022 - Present (2 years)
Columbus, Ohio, United States

Chief legal advisor for all U.S. legal matters for Cenovus Energy's U.S. Operations, which includes five U.S. refineries manufacturing over 600,000 barrels per day of crude oil and a marketing and trading organization with sales and purchases of over $20 billion per year. I am a director and officer (corporate secretary) of each of the U.S. companies and a member of the United States Leadership Team and the U.S. Government Policy Team.

• Manage external legal counsel and a growing internal 9 member legal team to ensure legal business targets are met on time and within budget.
•  Advise executive and board members on complex legal matters, including contracts, mergers and acquisitions, regulatory matters, and new business opportunities and markets.

- Corporate Secretary for U.S. subsidiaries responsible for corporate governance and board meetings.
- Establish government regulatory compliance procedures, policies and programs for handling antitrust, environmental, FCPA, Dodd-Frank, import/export and other regulatory issues.
- Oversee State and Federal Environmental, Health and Safety issues, including negotiations with federal and state regulators, daily compliance reporting and strategizing on evolving environmental issues. Negotiated settlements with federal agencies that resulted in tens of millions of dollars in cost savings.
- Responsible for effectively managing a litigation portfolio with settlements achieved at a fraction of the claim value; which included settling a large class action claim for under $2M.
- Resolve human resources matters, including NLRB issues and collective bargaining agreements.

Senior Managing Counsel, U.S. Legal Operations
January 2021 - October 2022 (1 year 10 months)
Columbus, Ohio Area

Managing Counsel, U.S. Legal Operations
April 2017 - January 2021 (3 years 10 months)
Columbus, Ohio, United States

Senior Counel, U.S. Legal Operations
January 2014 - April 2017 (3 years 4 months)
Columbus, Ohio, United States

World Kinect
Associate Counsel
August 2012 - January 2014 (1 year 6 months)
Miami/Fort Lauderdale Area

Legal counsel overseeing tens of billions of dollars on credit and risk management matters, land transactions (including transportation and commercial sales), and derivative products for 30+ countries.

- Negotiated and drafted domestic and international (including, Europe, Asia, South America, Central America and Africa) customer and supplier agreements; non-disclosure agreements; parental guarantees; structured finance agreements; security agreements; settlement agreements, license agreements, and acquisition and divestiture documents, among others.

• Coordinated and strategized with outside counsel on domestic and international litigation, transactions, and local corporate matters, which includes successfully recovering over $40M in bad debts in one year.
• Conducted emerging and current market analyses, including the requirements for market entry and financial and legal risks, in order to capture margin.
• Evaluated financial and legal risks on business risk portfolio to implement creative strategies to reduce risk while increasing revenues.
• Established legally compliant corporate objectives, including merger and acquisitions, business alliances and new business products.

Jones Day
Associate
August 2007 - August 2012 (5 years 1 month)
Cleveland, Ohio

Practice focused on advising Fortune 500 companies and on a wide range of corporate issues such as mergers, acquisitions, divestitures, reorganizations, financial agreements, secured and unsecured debt agreements, litigation and inter-company, private equity and UCC transactions. Advised business on strengths and weaknesses (cash flow, financing arrangements, leases, contracts, union agreements, litigation liability, regulatory issues, market, etc.) to determine best course of action to strengthen the business. Appeared before federal and state courts.

US Courts
Law Clerk
August 2005 - August 2007 (2 years 1 month)
Youngstown, Ohio

Lead law clerk for the Honorable Kay Woods for the United States Bankruptcy Court in Youngstown, Ohio known for handling corporate restructurings, including the rash of large steel company bankruptcies in the 2000s. Drafted bench memo and opinions focused on a wide array of legal issues encompassing mergers and acquisitions, labor, fraudulent transactions and other corporate matters.

## Education

Duquesne University School of Law
Juris Doctor Conferred Cum Laude  · (2002 - 2005)

University of Cincinnati College of Business

Bachelor of Business Administration (B.B.A.), Accounting and Finance · (1998 - 2002)